UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JASON ELLISON,

                        Plaintiff,

    vs.                                      Case No. 14-cv-561

SOUTHWEST CREDIT
SYSTEMS, L.P. and
RECEIVABLES PERFORMANCE
MANAGEMENT, LCC,

                        Defendants.

---

## DISCLOSURE STATEMENT

---

       The undersigned, counsel of record for Jason Ellison, plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

Parties the attorneys represent in this action
       Jason Ellison

The attorneys do not represent a corporation.

Law firms whose attorneys will appear for the party in this Court
       DeLadurantey Law Office, LLC


                                      Date: May 15, 2014


                                      /s/ Nathan E. DeLadurantey
                                      Nathan E. DeLadurantey
                                      Heidi N. Miller
                                      735 W. Wisconsin Avenue, Suite 720
                                      Milwaukee, WI  53233
                                      (414) 377-0515; (414) 755-0860 - Fax
                                      E: nathan@dela-law.com
                                      E: heidi@dela-law.com