UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JASON ELLISON,

    Plaintiff,

Case No.: 14-CV-561

v.

SOUTHWEST CREDIT SYSTEMS, L.P. and
RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendants.

### ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

IT IS HEREBY ORDERED that defendant Southwest Credit Systems, L.P. may have an extension of time until July 25, 2014, to file an answer or other responsive pleading in this action.

Dated: July 16, 2014.

BY THE COURT:

s/ Lynn Adelman
District Judge