UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVSION

| | |
|---|---|
| JASON ELLISON,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>    Defendant. | Case No. 14-CV-561<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Jason Ellison, by counsel, and Defendant Southwest Credit Systems, L.P., by counsel, hereby respectfully stipulate and notify the Court that all matters herein between the parties have been settled, and that the Plaintiff's cause against Southwest Credit Systems, L.P. shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

This 28th day of January, 2015.

By: s/ Heidi N. Miller
Nathan E. DeLadurantey
Heidi N. Miller
DeLadurantey Law Office, LLC
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI 53233
P: 414-377-0515
F: 414-755-0860
*Attorneys for the Plaintiff*

s/ Elizabeth A. Odian
Elizabeth A. Odian
David J. Hanus
HINSHAW & CULBERTSON LLP
100 E. Wisconsin Ave., Suite 2600
Milwaukee, WI 53202
P: 414-276-6464
F: 414-276-9220
*Attorneys for the Defendant*